**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KAREN AEBERSOLD,

        Plaintiff,

v.                                                      Case No: 6:18-cv-61-Orl-40DCI

UNITED OF OMAHA LIFE INSURANCE
COMPANY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' cross-motions for summary judgment. The United States Magistrate Judge has submitted a report recommending that Defendant's Motion for Summary Judgment (Doc. 22) be granted and Plaintiff's Motion for Summary Judgment (Doc. 23) be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 14, 2019, (Doc. 35), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Summary Judgment (Doc. 22) is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment (Doc. 23) is **DENIED**.

4. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and against Plaintiff, and to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties